MARTHA E. CLARK, Respondent, *v.* FREDERICK K. CLARK, Appellant.

(Argued June 5, 1893; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 17, 1893, which affirmed two orders of the Special Term, one of which denied a motion to vacate certain portions of a judgment by

default, and the other denied a motion to resettle the preceding order.

*E. Countryman* for appellant.

*Charles M. Earle* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.